UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANN BURTON,<br><br>                                                  Plaintiff,<br><br>- against -<br><br>SILVERCREST CENTER FOR NURSING AND REHABILITATION; MARIE MITCHELL; DARLENE WEITZMAN,<br><br>                                                  Defendants. | **NOTICE OF MOTION TO DISMISS**<br><br>11-CV-2757 (SLT)(LB) |

**PLEASE TAKE NOTICE** that, upon the Affirmation of Alesia J. Kantor, Esq., dated May 4, 2012, together with the exhibits attached thereto, the accompanying memorandum of law, and all prior pleadings and proceedings herein, defendant Silvercrest Center for Nursing and Rehabilitation, will move this Court, before the Honorable Sandra L. Townes, at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201 on June 18, 2012 or as soon thereafter as counsel may be heard, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing plaintiff Ann Burton's Complaint in its entirety on the ground that her claims fail to state a claim, and for such other and further relief the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the April 11, 2012 Scheduling Order issued by the Honorable Sandra L. Townes, opposition papers, if any, must be mailed to the undersigned law firm on or before June 4, 2012.

13967855.1

Dated: Jericho, N.Y.
      May 4, 2012

**NIXON PEABODY LLP**

By: /s/ Alesia J. Kantor

Tara Eyer Daub
Alesia J. Kantor
50 Jericho Quadrangle, Suite 300
Jericho, New York 11753-2728
(516) 832-7500

*Attorneys for Defendant*
 *Silvercrest Center for Nursing and*
 *Rehabilitation*

TO:   Ms. Ann Burton
      *Plaintiff Pro Se*
      4602 21st Street
      Long Island City, NY 11101

13967855.1